# MOTION DOCKET

**97–737. State v. Coleman.**
Clark C.P. No. 96CR0142. On motion requesting leave to file sealed motion. Motion denied.
MOYER, C.J., dissents.

**98–1475. State v. Hartman.**
Summit C.P. No. CR97091987. On motion for appointment of counsel for preparation of review pursuant to S.Ct.Prac.R. XI(5). Motion denied.
MOYER, C.J., and COOK, J., dissent.

**99–1152. State v. Group.**
Mahoning C.P. No. 97CR66. On motion for substitution of Annette L. Powers for Renee W. (Green) Turner as counsel for Scott A. Group. Motion granted.

**00–1145. Davis v. Wal–Mart Stores, Inc.**
Cuyahoga App. No. 75224. On motion for clarification of merits opinion. Motion denied.

**01–748. State ex rel. R.T.G., Inc. v. State.**
Franklin App. No. 98AP–1015. On request for oral argument and *sua sponte,* consideration of consolidation with case No. 01–976, *State ex rel. R.T.G., Inc. v. State,* Franklin App. No. 98AP–1015, for purposes of argument and decision. Request and consolidation granted.

**01–904. Hubbard v. Canton City School Dist. Bd. of Edn.**
Stark App. No. 2000CA00313. On motion to supplement record. Motion granted.
F.E. SWEENEY and COOK, JJ., dissent.